# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. 1:17-CR-153-7 |
| | | JUDGE THAD HEARTFIELD |
| INES RUBIO VILLEGAS | § § § | |

## MOTION TO ADOPT CO-DEFENDANT'S MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes **INES RUBIO VILLEGAS**, Defendant, by the through his attorney of record, Jared L. Gilthorpe, and files this Motion to Adopt Co-Defendant's Motion, and in support thereof would show the following:

### I.

On August 10, 2018, a Co-Defendant filed a Motion to Suppress Wiretap Evidence in this case (Dkt. 172). Defendant has standing to bring this motion and the ruling in the case will directly affect Defendant's case. In the interest of justice, judicial economy and due process Defendant moves the court to allow him to join the Motion to Suppress filed as docket #172.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the court issue an order allowing him to adopt Co-Defendant's Motion to Suppress Wiretap Evidence in this case (Dkt. 172).

Respectfully Submitted,

Galmor, Stovall & Gilthorpe
485 Milam Street
Beaumont, Texas 77701
Telephone: (409) 832-7757
Fax: (972) 755-8665
E-mail: jgilthorpe@galmorstovall.com

By:    _/s/ Jared L. Gilthorpe_
      Jared L. Gilthorpe
      State Bar No. 24067120

Counsel for the Defendant,
INES RUBIO-VILLEGAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered by electronic filing to Christopher Thomas Rapp, Assistant United States Attorney this 3rd day of May 2019.

*/s/ Jared L. Gilthorpe*
JARED L. GILTHORPE

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 2, 2019 Counsel for the Defendant communicated with Christopher Thomas Rapp, Assistant United States Attorney, in regards to this motion.

*/s/ Jared L. Gilthorpe*
JARED L. GILTHORPE